```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01078
   ROLANDA LAIRD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7591


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/22/2007 and was not confirmed.

     The case was dismissed without confirmation 06/04/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          1909.00          .00           .00
SBC                       UNSECURED           61.60          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00           .00
SAFEWAY                   UNSECURED        NOT FILED         .00           .00
SAFEWAY                   UNSECURED        NOT FILED         .00           .00
CITI BP OIL               UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED           680.00         .00           .00
POPEIL INVENTIONS INC     UNSECURED        NOT FILED         .00           .00
DEPARTMENT OF HUMAN SERV  UNSECURED        NOT FILED         .00           .00
SBC                       UNSECURED        NOT FILED         .00           .00
CERTEGY                   UNSECURED        NOT FILED         .00           .00
CERTEGY                   UNSECURED           50.86          .00           .00
ECAST SETTLEMENT CORP     UNSECURED           36.81          .00           .00
ILLINOIS DEPT OF EMP SEC  UNSECURED        NOT FILED         .00           .00
LASALLE NATIONAL          UNSECURED        NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED           364.35         .00           .00
QC FINANCIAL              UNSECURED        NOT FILED         .00           .00
MEDICAL                   UNSECURED        NOT FILED         .00           .00
MONOGRAM BANK N AMERICA   UNSECURED        NOT FILED         .00           .00
ZTEL COMMUNICATIONS INC   UNSECURED        NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           138.80         .00           .00
INSTANT CASH ADVANCE      UNSECURED        NOT FILED         .00           .00
CROSSINGS BOOK CLUB       UNSECURED        NOT FILED         .00           .00
DEPENDICARE               UNSECURED        NOT FILED         .00           .00
SEARS                     UNSECURED        NOT FILED         .00           .00
MCI                       UNSECURED        NOT FILED         .00           .00
ROAMANS                   UNSECURED        NOT FILED         .00           .00
KNS FUNDING INC           UNSECURED        NOT FILED         .00           .00
WFCB BLAIR CATALOG        UNSECURED        NOT FILED         .00           .00
DEVON FINANCIAL SERVICES  UNSECURED           523.93         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           645.89         .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,493.00                     295.47
TOM VAUGHN                TRUSTEE                                         19.53
DEBTOR REFUND             REFUND                                           .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01078 ROLANDA LAIRD
```

```
     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   315.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     295.47
TRUSTEE COMPENSATION                                19.53
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                    315.00               315.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/26/07            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 01078 ROLANDA LAIRD